**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

MYRA V. DIAMOND,

    Plaintiff,

v.                                                            Case No. 3:08-cv-133/LAC

GEICO GENERAL INSURANCE COMPANY,

    Defendant.

_____/

## ORDER OF DISMISSAL

    The Defendant has informed the Court that this case has been settled.  Therefore, this case is **DISMISSED** from the active docket of the Court.  In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this order, to amend or vacate and set aside this order of dismissal and reinstate this case.

    **ORDERED** on this 18th day of April, 2008.

                                                                      s/ *L.A. Collier*
                                                                      Lacey A. Collier
                                                                 Senior United States District Judge